FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Andrey Babinchuk,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

Defendants.

No. 4:26-CV-05091-SAB

**ORDER OF DISMISSAL**

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 10. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the stipulated motion and enter it into the record.

//

//

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 10, is **GRANTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 13th day of November 2026.

Stan Bastian
Chief United States District Judge